COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS



| | | |
|---|---|---|
| WBL SPO I, LLC, WBL SPO II, LLC and ALBERT ADEL SHEHATA, | § § § | No. 08-23-00217-CV |
| Appellants, | § | Appeal from the |
| | § | 109th District Court |
| v. | § | of Andrews County, Texas |
| UNITED HOTELS, LLC and GHADA GLAESSNER, | § | (TC# 21,913) |
| | § | |
| Appellees. | § | |

## J U D G M E N T

The Court has considered this cause on the record and concludes the trial court's judgment should be affirmed in part and reversed and remanded in part. Thus, we affirm the trial court's order striking WBL SPO II's intervention, dated May 5, 2023; its order granting United Hotels' motion for summary judgment on WBL SPO I's claim to quiet title, dated May 15, 2023, which effectively quieted title in United Hotels; and its motion denying WBL SPO I and WBL SPO II's motion to reconsider, dated July 18, 2023. Moreover, we hold the summary judgment evidence conclusively established that Shehata acted without the requisite authority when conveying title to TDFI. Consequently, the trial court properly determined the warranty deed from United Hotels to

TDFI, and the Deed of Trust on behalf of Axos Bank, were void. As for the trial court's grant of summary judgment on the several causes of action, we affirm in part and reverse in part. We affirm the trial court's judgment that Shehata breached his fiduciary duties, and we reverse the judgment in favor of United Hotels and against Shehata on its Texas Theft Liability Act claim. We remand the case to the trial court for further proceedings consistent with this opinion.

We further order that Appellees recover from Appellants and their sureties, if any, for performance of the judgment and all costs of appeal, for which let execution issue. *See* TEX. R. APP. P. 43.5. This decision shall be certified below for observance.

IT IS SO ORDERED this the 18th day of July 2025.

GINA M. PALAFOX, Justice

Before Salas Mendoza, C.J., Palafox and Soto, JJ.
Soto, J., (not participating)